# COMPLAINT

**(for non-prisoner filers without lawyers)**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 OCT 30 P 3:23

CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

(Full name of plaintiff(s))

Mario Shavon Ford

3132 N 41st Street

Milwaukee, WI 53216

v.

Case Number:
26-C 2029 STADTMUELLER

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Hall Imports LLC

19809 W Bluemound Rd.

Brookfield, WI 53045

---

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

3132 N 41st Street
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Hall Imports, LLC
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at 19809 W Bluemound Rd.
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Hall Volkswagen Mazda 19809 W Bluemound Rd.
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On October 21st and 22nd, 2025, my civil and employment rights were violated by Andy Hall, Jerry Scheinbeck, Jason (last name unknown), Rose Wenger, and Randy Markland. Rose Wenger, Randy Markland and Jerry Schienbeck colluded to terminate my employment after I raised concerns about Randy Markland's treatment against me. Andy Hall, Jerry Scheinbeck, Randy Markland, Rose Wenger and Jason temporarily held me against my will in the service manager's office by blocking the exit and not allowing me to leave under my own volition. Randy Markland held a racial disposition about my character and attitude prior to any incidents taking place. Rose Wenger colluded under oath to support Randy Markland's mischaracterization about me to to prevent me from being able to receive unemployment benefits with no supporting

evidence. Rose Wenger also did not process my last check for the month of October nor was I afforded a check stub to show my earnings. These event took place at the Hall Volkswagen Mazda dealership where all of the parties referenced herein were employed at. I do not know why I received this disparaging and racially motivated treatment .

C. JURISDICTION

- [x] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

- [ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ ________________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

A. Award Plaintiff all compensatory damages sustained as a direct and proximate result of Defendant's conduct, in the amount of one-hundred and fifty thousand dollars and zero cents ($150,000) and front pay (to be determined by the court), or to be reasonably and equitably determined by the court.

B. Award consequential and incidental damages according to proof in the amount of seventy-five thousand dollars and zero cents ($75,000).

C. Grant declaratory, equitable, and injunctive relief as necessary to prevent further injury to Plaintiff.

D. Award punitive damages to the extent permitted by applicable law and upon proof of malicious, intentional, or reckless conduct, in the amount of six-hundred thousand-dollars and zero cents ($600,000).

E. Grant such other and further relief as the Court deems just and equitable.

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 30th day of October 20 700.

Respectfully Submitted,

[signature]
Signature of Plaintiff

414-562-7686
Plaintiff's Telephone Number

fordms32@gmail.com
Plaintiff's Email Address

3132 N 41st Street

Milwaukee, WI 53216
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.